UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEE ROY HENDREN,<br><br>                    Plaintiff,<br><br>vs.<br><br>LARRY TAYLOR, et al.,<br><br>                    Defendants. | NO. CV-10-5142-LRS<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

Plaintiff submitted this action while a prisoner at the Benton County Jail. Documents sent to Mr. Hendren at that facility were returned on December 21, 2010, with the notation that Mr. Hendren is not in custody (ECF No. 6). Plaintiff has failed to keep the court apprised of his current address.

The court has attempted, but has been unable, to locate a current address for Plaintiff. Plaintiff has not prosecuted this action further. Therefore, **IT IS ORDERED** Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to notify the Clerk of the Court regarding his change of address.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address and close the file.

**DATED** this   1st   day of February, 2011.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION WITHOUT PREJUDICE -- 1